US Bankruptcy Ct.
299 E Broward Blvd
Ft Lauderdale FL 33301.



Re Case # 12-36639-BKC-RBR.

At the request of the trustee I am notifying the court of our new forwarding address which is as follows:

P.O. Box 821512
South Florida FL 33082

GIRVAN BILLINGS

August 11 2014